IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNSON B. OGUNLANA, | No. 4:25-CV-00783 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| J. GREENE, WARDEN, | |
| Respondent. | |

# ORDER

**AND NOW**, this 21st day of November 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Johnson B. Ogunlana's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice.

2. Ogunlana's "emergency" motions for expedited relief (Docs. 2, 13) are **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge